MICHAEL C. ORMSBY
United States Attorney
Eastern District of Washington
JAMES A. GOEKE
Assistant United States Attorney
402 E. Yakima Avenue, Suite 210
Yakima, WA 98901
(509) 454-4425

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NOV 16 2011

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,  )
            Plaintiff,  )    CR-11-2123-RMP
                      )
  vs.                     )    INDICTMENT
                      )
STEPHEN MARTY WARD,        )
            Defendant.  )    Vio: 18 U.S.C. § 1832(a)(2)
                      )    Theft of Trade Secrets
                      )
                      )

    The Grand Jury charges:

    Beginning on or about August 8, 2011 and continuing to on or about November 10, 2011, in the Eastern District of Washington, the defendant, STEPHEN MARTY WARD, with the intent to convert trade secrets that are related to and included in a product that is produced for and placed in interstate and foreign commerce, specifically information related to the maintenance and operation of unmanned aircraft systems developed by Insitu Incorporated, to the economic benefit of a person other than the trade secret's owner, and knowing that the offense will injure any owner of that trade secret, knowingly did without authorization copy,

INDICTMENT                           1

duplicate, download, replicate, and transmit such trade secrets without authorization, all in violation of 18 U.S.C. § 1832(a)(2).

DATED: November 15, 2011

A TRUE BILL

*[signature]* Foreperson

*[signature]*
MICHAEL C. ORMSBY
United States Attorney

*[signature]* Michael C. Ormsby for
JANE KIRK
Supervisory Assistant United States Attorney

*[signature]*
JAMES A. GOEKE
Assistant United States Attorney

INDICTMENT                                2