PS 42
(Rev 07/93)

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG 1 5 2013

SEAN F. McAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

## United States District Court

### Eastern District of Washington

| | | |
|---|---|---|
| United States of America | ) | Case No. 2:11CR02123-RMP-1 |
| | ) | |
| vs | ) | |
| | ) | |
| Stephen Marty Ward | ) | |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Stephen Marty Ward, have discussed with Carrie Valencia, Pretrial Services/Probation Officer, modification of my release as follows:

Removal of Condition #23: Mr. Ward has been on location monitoring since his pretrial release in February 2012. According to information received from Mr. Ward's supervising pretrial services officer, to date Mr. Ward has incurred no significant violations of his pretrial supervision. Mr. Ward has paid for his monitoring services and currently has a zero balance.

Initially, there appeared to be a concern regarding third party risk with the alleged victims in this case based on a dismissed charge out of Louisville, Kentucky, involving threatening a government official. To date, there have been no known issues concerning third party risks to include anyone in the area or any contact the defendant has had with the victims in this case. The supervising pretrial services officer in Kentucky is requesting this condition be removed and that the remaining conditions of supervision would continue to allow Mr. Ward to be monitored appropriately.

The assigned assistant United States attorney has been informed of the request to remove Mr. Ward's location monitoring and is not in support of this request.

I consent to this modification of my release conditions and agree to abide by this modification.

| | | | |
|---|---|---|---|
| _Stephen Ward_ | 8/14/2013 | _[signature]_ | _8/14/2013_ |
| Signature of Defendant | Date | Pretrial Services/Probation Officer | Date |

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____     _____
Signature of Defense Counsel          8/14/13
                                      Date

[✓]     The above modification of conditions of release is ordered, to be effective on __8/15/13__.

[ ]     The above modification of conditions of release is _not_ ordered.

_____     _____
Signature of Judicial Officer          8/15/2013
                                      Date