UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>STEPEN MARTY WARD,<br><br>      Defendant. | NO:  CR-11-2123-RMP<br><br>ORDER GRANTING IN PART AND DENYING IN PART MOTION TO QUASH |

On December 4, 2013, a motion hearing was held in reference to Boeing's Motion to Quash Subpoena, ECF No. 298.  The Court has reviewed the motion, has heard from counsel, and is fully informed.  Accordingly**, IT IS HEREBY ORDERED** that, pursuant to the Court's ruling on the record, Boeing's Motion to Quash, **ECF No. 298**, is **GRANTED IN PART AND DENIED IN PART**.

  **DATED** this 9th day of December 2013.

             *s/ Rosanna Malouf Peterson*
            ROSANNA MALOUF PETERSON
           Chief United States District Court Judge

ORDER GRANTING IN PART AND DENYING IN PART MOTION TO QUASH ~ 1